

MEMO ENDORSED

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC#: _____
DATE FILED: __6/22/2020__

Erik M. Bashian, Esq.
T: (516) 279-1554
F: (516) 213-0339
eb@bashpaplaw.com

*Admitted to Practice in New York and New Jersey

VIA CM/ECF

June 19, 2020

United States District Judge Andrew L. Carter
United States District Court
Southern District of New York
40 Foley Square, Room 435
New York, New York 10007

      **Re:**    *Deleston v. 200 MB Corp. et al*, **Case No.: 1:19-cv-10242-ALC-SLC**

Dear District Judge Carter:

    Please be advised that this office represents the Plaintiff Jermaine Deleston ("Plaintiff") in connection with the above-referenced action. As previously reported, the above referenced action has been settled. The settlement terms still need to be effectuated, which we anticipate will take place within the next fourteen (14) days. Respectfully, we are requesting together with counsel for the defendants a stay of all deadlines and conferences, for fourteen (14) days to finalize the settlement.

    We thank this Honorable Court for its time and consideration in this matter.

Respectfully submitted,

BASHIAN & PAPANTONIOU, P.C.

*/s/ Erik M. Bashian*
_____
Erik M. Bashian, Esq.

SO ORDERED:
/s/ Andrew L. Carter
HON. ANDREW L. CARTER, JR.
UNITED STATES DISTRICT JUDGE
Dated: June 22, 2020

cc:    Rodney Austin, Esq. *(via CM/ECF)*